No. 8,047.—STATE EX REL. KELLEY RANCH CO., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided November 28, 1939.

PER CURIAM.—Upon due consideration of the above application for writ of supervisory control it is ordered that the application be, and the same is hereby, denied.

*Mr. S. C. Ford* and *Mr. Sam D. Goza, Jr.,* for Relator.